# United States Bankruptcy Court

### Middle District of Florida

In re:                                    Case No. 6:20-bk-05804-KSJ

James Peter Pantelakos; Jr.        Chapter 13        **FILED**

           Debtor*        **Date:** 2/8/2021 ___ **via: email** ___

                  /        **Clerk, U.S. Bankruptcy**
                            **Orlando Division**

### NOTICE OF OBJECTION TO CLAIM(s) (AMENDED)

Debtor James Peter Pantelakos; Jr., has filed an objection to your claim(S) in this bankruptcy case.

**Your claim may be reduced, modified, or eliminated.** You should read these papers carefully and discuss them with your attorney, if you have one.

If you or your attorneys do not take proper steps, the court may decide that you do not oppose the objection to your claim.

### Debtor's Introductory Statement of Objection to Creditor Claim(s)

"Anyone may arrange his affairs so that his taxes shall be as low as possible; he is not bound to choose that pattern which best pays the treasury. There is not even a patriotic duty to increase one's taxes. Over and over again the Courts have said that there is nothing sinister in so arranging affairs as to keep taxes as low as possible. Everyone does it, rich and poor alike and all do right, for nobody owes any public duty to pay more than the law demands."" ~ Judge Learned Hand   (1872-1961), Judge, U. S. Court of Appeals in the case of Gregory v. Helvering 69 F.2d 809, 810 (2d Cir. 1934), aff'd, 293 U.S. 465, 55 S.Ct. 266, 79 L.Ed. 596 (1935)

1

A debt instrument {Tax Lien} based in **Extrinsic fraud**[3] shall remain a fraudulent debt instrument no matter how manner times it is fictitiously created, laundered and exchanges hands; it thus remains invalid on its' face [*Void Ab initio*]. Such an alleged debt instrument is always harmful to those injured directly by its fraudulent creation and robs them {alleged Debtor(s)} of their money and/ or estate.

## BACKGROUND

This is the instant case whereas after having **knowledge of the law** the Brevard County Property Appraiser (BCPAO) failed to follow the Constitution and Laws of Florida in rendering just property valuation assessments on Debtor's private homestead by failing to grant Constitutional <u>absolute entitled homestead exemption benefits for which he qualified for</u> since February 2000 to present day and the Brevard County Tax Collector [BCTCO] acting in concert with and /or colluded with BCPAO under color of law to engage in a patterned scheme to defraud Debtor out of his monetary assets or in alternative his life estate **causing** actual financial **injuries,** public harassment and emotional harm demanding illegal tax assessment amounts  and further engaging in unlawful taxation collection(s) **contrary to their respective duties owed to follow the laws and Constitutions of Florida and the United States of America** resulting in fraud[2] by unlawful enrichment[1] of the Tax Collectors public coffers by filing a said fraudulent debt instrument claim, then schemed to defraud the General Public by offering up  for sale to highest bidder such fraudulent debt instrument/Claim; in which T.L.O.A. LLC., Allegedly was duped into purchasing from BCTCO.

T.L.O.A's alleged Creditor claim should be sought against BCTCO who has unclean hands; not the Debtor in this instant matter and it is improperly claimed before this court and thus **should be discharged** for lack of standing, improper jurisdiction and lack of cause of action for which relief can be granted against this Debtor ;as this Debtor is an improper party to the alleged Creditor's Claim; which should be discharged **in favor of this Debtor** with reservation of rights for TRLAO, LLC to seek and file any legal Claim(s) for restitution collectively against BCPAO and Brevard County Tax Collector as proper parties to such debt claim respectively in a civil action and or criminal action under Title 18 U. S. C.A. Sections 241, §242 and related laws in a proper court of law having jurisdiction to

2

hear such claims of action for damages involving Unjust Enrichment which may be pursued.

{If anything Debtor is nothing more than a mere witness to TLAO, LLC's alleged Claim to BCPAO and BCTCO's nefarious acts of deception upon the public by engaging under color of law in imposing unlawful tax assessments and collections contrary to Florida Taxation Codes by improperly denying absolute entitled Constitutional Benefits as a matter of law allowing for ..." **arranging affairs as to keep taxes as low as possible. Everyone does it, rich and poor alike and all do right, for nobody owes any public duty to pay more than the law demands.""" ~ Judge Learned Hand**}.

---

[1]**Unjust enrichment** is an obligation that the law creates even without any contract or agreement. In order for a plaintiff to prevail on a claim of unjust enrichment, that party is required to prove that (1) the other party was enriched, (2) at that party's expense, and (3) that it is against equity and good conscience to permit the other party to retain what is sought to be recovered.

- In order to win a claim of unjust enrichment, the plaintiff, who has the burden of proof, must demonstrate that the defendant benefited—was "unjustly enriched" —at the plaintiff's expense. The elements that must be established to prove this include:
- The plaintiff conferred a benefit on the defendant;
- The defendant either accepted the benefit voluntarily without coercion *or* requested the benefit;
- The defendant did not pay or otherwise offer the plaintiff compensation for the benefit conferred; and The flow of benefit to the defendant without recompense to the plaintiff is deemed inequitable.

To bring an action for **fraud** in Florida, a victim must be able to prove the following elements.

3

First, the victim must prove that the defendant intentionally made a misrepresentation of material fact to the victim.

Second, the victim must prove that the defendant intended that the victim would rely upon the false statement of material fact or omission.

Third, the victim must show that he or she reasonably relied on the misrepresentation.

Finally, the victim must show that, as a result of his or her reliance on the misrepresentation or omission, the victim was actually damaged and suffered a harm.

   o According to Standard Jury Instructions-Civil Cases (No. 99-2), 777 So.2d
      378, 381 (Fla. 2000), a material facts is one that is of such importance that
      the plaintiff would not have entered into a transaction but for the
      statement.

[2]**Fraud in the Inducement** is the use of deceit or trick to cause someone to do something to their detriment, such as using false statements to induce someone to sign a contract that is to their detriment.

[3]**Extrinsic fraud** which usually occurs in family and domestic relations cases whereby one uses fraud to prevent one from obtaining information necessary to their ability to prove their case, such as lying on a Florida Family Law Financial Affidavit, or fabricating evidence. **Extrinsic fraud also occurs in foreclosure cases where the lender through their fraud forces the homeowner to lose their property.**

• Florida Attorney General Advisory Legal Opinion Number: AGO 2008-44,
  Date: August 28, 2008, Subject: Homestead Exemption, Florida Land Trust
  regarding Land Trust determined to qualify for Homestead Exemption when
  a Life Estate is granted by a Trustee of a Land Trust.
• Supporting Legal Precedence for this Application's approval can be found in
  the Florida Administration Code; Regarding "Homestead Exemptions",
  Florida Statutes, Attorney General Advisory Opinions (AGO), and Florida

4

Constitution and in Florida Case Law; as Mr. Pantelakos meets All the
Prerequisites for granting said homestead Exemption(s) germane to
application for such exemptions.

- "12D-7.009. Homestead Exemptions - Life Estates.

  (1) A life estate will support a claim for homestead exemption. ... Law
  Implemented 196.001, 196.031, 196.041 FS. "

- 12D-7.0143 FAC

- s. 6, Art. VII of the State Constitution; " *Article VII, Section 6* of the Florida
  *Constitution provides that all property owners who, as of January 1, have
  legal or equitable title to real estate and maintain it as their permanent
  residence, are entitled to a $25,000 Homestead Exemption, or a
  percentage thereof if the ownership interest is less than 100%. Only one
  Homestead Exemption is allowed to any individual or family unit.* "

- 196.041 FS. "(2) A person who otherwise qualifies by the required
  residence for the homestead tax exemption provided in s. 196.031 shall be
  entitled to such exemption where the person's possessory right in such real
  property is based upon an instrument granting to him or her a beneficial
  interest for life, such interest being hereby declared to be "equitable title to
  real estate," as that term is employed in s. 6, Art. VII of the State
  Constitution; and such person shall be entitled to the homestead tax
  exemption irrespective of whether such interest was created prior or
  subsequent to the effective date of this act." [See Certificate of Trust]

5

- "18 U.S.C. § 242 - U.S. Code - Unannotated Title 18. Crimes and Criminal Procedure § 242. Deprivation of rights under color of law -- Whoever, under color of any law, statute, ordinance, regulation, or custom, willfully subjects any person in any State, Territory, Commonwealth, Possession, or District to the deprivation of any rights, privileges, or immunities secured or protected by the Constitution or laws of the United States, or to different punishments, pains, or penalties, on account of such person being an alien, or by reason of his color, or race, than are prescribed for the punishment of citizens, shall be fined under this title or imprisoned not more than one year, or both; and if bodily injury results from the acts committed in violation of this section or if such acts include the use, attempted use, or threatened use of a dangerous weapon, explosives, or fire, shall be fined under this title or imprisoned not more than ten years, or both; and if death results from the acts committed in violation of this section or if such acts include kidnapping or an attempt to kidnap, aggravated sexual abuse, or an attempt to commit aggravated sexual abuse, or an attempt to kill, shall be fined under this title, or imprisoned for any term of years or for life, or both, or may be sentenced to death."
- 851. False Claims—18 U.S.C. § 152(4)

---

## Material Facts

***Comes Now*** Debtor, James Peter Pantelakos; Jr., hereby files his OBJECTION TO Creditor Proof of Claim filed by TLOA OF FLORIDA, LLC., a Florida Limited Liability Company [Document NumberL17000099100 FEI/EIN Number82-

1455380], such filing is void of legal representation as a matter of law and improper before this court thus Lacks standing to the proceed herein and further objects to Brevard County Tax Collector's [BCTCO] Objection to Debtor's Chapter 13 plan and hereby Debtor moves for discharge of such claim(s) and <u>states the following in support of hereof</u>:

1. Debtor lawfully acquired an equitable in interest in the Bankruptcy estate in 2000 via a life estate.

2. 117 Deauville Avenue, NE, Palm Bay, Florida 32907 has been Debtor's lawful place of Domicile since February 2000 until present time without any interruption along with filing Declaration of Homestead under section 222.17, Florida statutes.

3. The Debtor is a Permanent resident of Brevard County, Florida, holds Florida Vehicle Registration, Florida Driver's License.

4. Under Florida Law, Florida Administrative Code and Florida Constitution Debtor is absolutely entitled to Homestead Benefits reducing tax assessment valuations however has been deprived of such benefits by the Brevard County Property Appraiser's office resulting in improper tax assessments in direct conflict of Florida Constitution and Laws of Florida resulting in deprivation of rights under Florida Constitution and the U.S. Constitution.

5. **Fraud in the Inducement:** BCPAO and BCTCO having **Knowledge of the law**, owed a **duty to** the public at large and **this Debtor to stop and Prevent injuries** and **failed to do so** by engaging in a scheme to defraud Debtor out of his earnings through unlawful tax assessments and collections and attempted to steal his property when he could not afford their unlawful ransom and then resorted into selling a fraudulent debt instrument to the General Public engaging in [3]**Extrinsic fraud** in an effort to unlawfully enrich the Tax Collector's coffers at the expense of this Debtor.

6. <u>BCTCO has unlawfully  proffered an debt owed and Filed its Fraudulent Lien Claim directly against Asset Management Trust Service, LLC,</u> **TRUSTEE** <u>in direct contradiction to Fl. Stat., Sec. 689.071(7) in which confers</u> **immunity** <u>upon such custodial Trustee and therefore is defective as a matter of law on its face as an invalid claim and in violation of  851. False Claims—18 U.S.C. § 152(4) and then made a consorted attack against Debtor's Life estate to cause financial injuries;</u> {**Injuria Propria non cadet in beneficium facientis** *{Black's Law dictionary sixth edition Page785}* Also see [*Bouvier's 1856 Law Dictionary*]

7. <u>BCTCO</u> Claim (claim 3) is fatal on its face as it files a Claim unlawfully against a immune party and then attempts to steal assets of this debtor amounting to filing a frivolous claim in violation of <u>851. False Claims—18 U.S.C. § 152(4).</u>

8. Debtor, James Peter Pantelakos; Jr. was financially harmed by such fraudulent debt claim(s) and debt instrument(s) and his title has been Slandered along with being denied benefits he would have otherwise qualified for and received had such fraud not be engaged in against his pursuit for happiness, Constitutional rights and Life Estate.

9. Debtor lack's knowledge of any evidence as to the financial dealings of TLOA, LLC. Interacting with BCTCO unlawful Debt Claim(s) likely resulting in it being defrauded by inducement of high yield interest rate by use of such fraudulent debt instruments.

10. TLOA's Debt Claim is with BCTCO and BCPAO at best; if any valid claim exists, for their nefarious acts, not this Debtor as Debtor is before the Court with Clean Hands.

11. Debtor was forced into filing this Chapter 13 in order to protect his life estate and prevent further financial loss in order to stop BCTCO from causing him to become homeless by the illegal theft of his estate by and through their Fraud by unlawful Enrichment.

12. Had Debtor not been deprived of his Constitutional Rights and Benefits his financial situation would be much different and would not be stressed over the threat of becoming homeless at no fault of his own.

13. Further Debtor's home has been damaged and he would not be out thousands of dollars had his Homestead been properly assessed and his homestead exemptions been properly applied to his tax account in accordance with Florida Laws and Florida Constitution.

14. The Debtor has paid into the Tax Collectors Coffers way more than what the law demanded of him by improper tax assessments.

*Wherefore,* The Debtor respectfully requests that the Court enter an order granting his Chapter 13 petition and discharging TLOA OF FLORIDA, LLC., Debt Claim alleged along with Claim filed by BCTCO and dismissing Brevard County Tax Collector's Objection to Debtor's Chapter 13 Plan in its' entirety.

Dated  *2 - 6 - 2021*

Respectfully Submitted,

*James Peter Pantelakos Jr.*

**James Peter Pantelakos; Jr.;** *as Debtor/ Petitioner*
Email: Law4yu@gmail.com
Ph: 321-914-7146

-

## - **CERTIFICATES OF SERVICE**

I, James Peter Pantelakos; Jr., HEREBY CERTIFY that a true and correct copy of the foregoing "**DEBTOR's NOTICE OF OBJECTION TO CLAIM (S) (AMENDED)**" has been furnished in compliance with Local Rule 9013-3 in the manner required by Federal Rules of Bankruptcy Procedure or Local Rules Fed. R. Bankr.P. 3007(a), and Local Rule 3007-1(b) via Courier/Facsimile/Electronic mail/ US Mail to:

9

Electronically filed to

Clerk of Bankruptcy Court @:  flmb-intake-orlando@flmb.uscourts.gov

Us Mail:      **Atty Laurie K. Weatherford, Trustee**
              **C/o. P.O. Box 3450**
              **Winter Park, Florida 32790**

                    **Original certified Mail No.  7019-2970-0000-7390-8730**

              **Atty Lauren M. Reynolds**
              **C/o 329 Park Avenue, North 2nd Floor**
              **Winter Park, Florida 32729**

                    **Original certified Mail No.  7019-2970-0000-7390-8723**

              **T.L.O.A. OF FLORIDA, LLC.**
              **Mike Reiner**
              **11 Talcott Notch Road**
              **Framingham, Conn. 06032**

                    **Original certified Mail No.  7019-2970-0000-7390-8747**

Dated    2 - 6 - 2 0 2 1

                              _James Peter Pantelakas Jr._
                              **James Peter Pantelakos; Jr.;** *as Debtor/*
                              *Petitioner*
                              Email: Law4yu@gmail.com
                              Ph: 321-914-7146
                              117 Deauvile Ave, NE,
                              Palm Bay, Fl. 32907

10



**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

Farmington CT 06032

Certified Mail Fee $3.60

Extra Services & Fees *(check box, add fee as appropriate)*
☐ Return Receipt (hardcopy) $0.00
☐ Return Receipt (electronic) $0.00
☐ Certified Mail Restricted Delivery $0.00
☐ Adult Signature Required $0.00
☐ Adult Signature Restricted Delivery $0.00

Postage $0.75

Total Postage and Fees $4.35

0478
21

Postmark
Here

02/04/2021

Sent To MIKE REINER
Street and Apt. No., or PO Box No. 11 TALCOTT NOTCH RD
City, State, ZIP+4 FARMINGTON, CONN 06032

PS Form 3800, April 2015 PSN 7530-02-000-9047   See Reverse for Instructions



**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

Winter Park FL 32789

Certified Mail Fee $3.60

Extra Services & Fees *(check box, add fee as appropriate)*
☐ Return Receipt (hardcopy) $0.00
☐ Return Receipt (electronic) $0.00
☐ Certified Mail Restricted Delivery $0.00
☐ Adult Signature Required $0.00
☐ Adult Signature Restricted Delivery $0.00

Postage $0.75

Total Postage and Fees $4.35

0478
21

Postmark
Here

02/04/2021

Sent To ATTY LAUREN M. REYNOLDS
Street and Apt. No., or PO Box No. 329 PARK AVE, NORTH 2nd FLOOR
City, State, ZIP+4 WINTER PARK, FL. 32789

PS Form 3800, April 2015 PSN 7530-02-000-9047   See Reverse for Instructions



**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

Winter Park FL 32790

Certified Mail Fee $3.60

Extra Services & Fees *(check box, add fee as appropriate)*
☐ Return Receipt (hardcopy) $0.00
☐ Return Receipt (electronic) $0.00
☐ Certified Mail Restricted Delivery $0.00
☐ Adult Signature Required $0.00
☐ Adult Signature Restricted Delivery $0.00

Postage $0.75

Total Postage and Fees $4.35

0478
21

Postmark
Here

02/04/2021

Sent To ATTY LAURIE K. WEATHERFORD
Street and Apt. No., or PO Box No. P.O. BOX 3450
City, State, ZIP+4 WINTER PARK, FLORIDA 32790

PS Form 3800, April 2015 PSN 7530-02-000-9047   See Reverse for Instructions

**LISA CULLEN, CFC** Case 6:20-bk-05804-KSJ Doc 44 Filed 02/08/21 Page 12 of 12

# LISA CULLEN, CFC    NOTICE OF AD VALOREM TAXES AND NON-AD VALOREM ASSESSMENTS
**BREVARD COUNTY TAX COLLECTOR**    2020   REAL ESTATE

| TAX ACCOUNT NUMBER | ESCROW CD | MILLAGE CODE |
|---|---|---|
| 2840234 | | 54U0 |

Pay your taxes online at www.brevardtc.com

PRIOR YEAR(S) TAXES DUE.

Bankrupt, BANKRUPTCY          117 DEAUVILLE AVE

ASSET MGMT TRUST SERVICES LLC          PORT MALABAR UNIT 7 LOT 16 BLK
TRUSTEE                                204
BOX 500016
MALABAR, FL   32950

| AD VALOREM TAXES | | | | | |
|---|---|---|---|---|---|
| TAXING AUTHORITY | MILLAGE RATE | ASSESSED VALUE | EXEMPTION | TAXABLE VALUE | TAXES LEVIED |
| COUNTY GENERAL FUND | 3.6929 | 85,260 | 0 | 85,260 | 314.86 |
| BREVARD LIBRARY DISTRICT | 0.4264 | 85,260 | 0 | 85,260 | 36.35 |
| BREVARD MOSQUITO CONTROL | 0.1728 | 85,260 | 0 | 85,260 | 14.73 |
| S BREVARD REC DIST 2001-2020 | 0.2804 | 85,260 | 0 | 85,260 | 23.91 |
| SCHOOL - BY STATE LAW | 3.6940 | 89,910 | 0 | 89,910 | 332.13 |
| SCHOOL - BY LOCAL BOARD | 0.7480 | 89,910 | 0 | 89,910 | 67.25 |
| SCHOOL - CAPITAL OUTLAY | 1.5000 | 89,910 | 0 | 89,910 | 134.87 |
| CITY OF PALM BAY | 7.8378 | 85,260 | 0 | 85,260 | 668.25 |
| PALM BAY ROAD MAINTENANCE DIST | 0.0000 | 85,260 | 0 | 85,260 | 0.00 |
| ST JOHNS RIVER WATER MGMT DST | 0.2287 | 85,260 | 0 | 85,260 | 19.50 |
| FLA INLAND NAVIGATION DIST | 0.0320 | 85,260 | 0 | 85,260 | 2.73 |
| SEBASTIAN INLET DISTRICT | 0.0796 | 85,260 | 0 | 85,260 | 6.79 |
| ENV END LD/WTR LTD 05-24 | 0.0582 | 85,260 | 0 | 85,260 | 5.05 |
| ENV END LD/WTR LTD(DBTP) 05-24 | 0.0522 | 85,260 | 0 | 85,260 | 4.45 |
| S BREVARD REC DIST (DBTP)01-20 | 0.2842 | 85,260 | 0 | 85,260 | 24.23 |
| PALM BAY ROAD (DBTP) | 0.7516 | 85,260 | 0 | 85,260 | 64.08 |

| TOTAL MILLAGE | 19.8398 | | AD VALOREM TAXES | $1,719.18 |
|---|---|---|---|---|

| NON-AD VALOREM ASSESSMENTS | |
|---|---|
| LEVYING AUTHORITY | AMOUNT |
| 101   MELB/TILLMAN WATER DISTRICT | 24.44 |
| 158   SOLID WASTE DISPOSAL | 57.00 |

| PAY ONLY ONE AMOUNT IN BOXES BELOW | NON-AD VALOREM ASSESSMENTS | $81.44 |
|---|---|---|

| If Paid By Please Pay | Nov 30, 2020 $1,728.60 | Dec 31, 2020 $1,746.60 | Jan 31, 2021 $1,764.61 | Feb 28, 2021 $1,782.61 | Mar 31, 2021 $1,800.62 |
|---|---|---|---|---|---|

# LISA CULLEN, CFC    NOTICE OF AD VALOREM TAXES AND NON-AD VALOREM ASSESSMENTS
**BREVARD COUNTY TAX COLLECTOR**    2020   REAL ESTATE

| TAX ACCOUNT NUMBER | ESCROW CD | MILLAGE CODE |
|---|---|---|
| 2840234 | | 54U0 |

Pay your taxes online at www.brevardtc.com

PRIOR YEAR(S) TAXES DUE.

Bankrupt, BANKRUPTCY          **PAYING ONLINE VIA E-CHECK IS FREE**

RETURN WITH PAYMENT   ASSET MGMT TRUST SERVICES LLC
TRUSTEE
BOX 500016
MALABAR, FL   32950



"PAY ONLINE. NOT IN LINE"

PLEASE PAY IN U.S. FUNDS THROUGH U.S. BANK TO BREVARD COUNTY TAX COLLECTOR, PO BOX 2500, TITUSVILLE, FL 32781-2500

| If Paid By Please Pay | Nov 30, 2020 $1,728.60 | Dec 31, 2020 $1,746.60 | Jan 31, 2021 $1,764.61 | Feb 28, 2021 $1,782.61 | Mar 31, 2021 $1,800.62 |
|---|---|---|---|---|---|

1  02840234  2020  6